UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOSAIC HEALTH, INC., individually and on behalf of all those similarly situated,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>SANOFI-AVENTIS U.S., LLC, ELI LILLY AND COMPANY, LILLY USA, LLC, NOVO NORDISK INC., and ASTRAZENECA PHARMACEUTICALS LP,<br><br>　　　　　　　　　　　　Defendants. | **Rule 7.1 Statement**<br>**of Mosaic Health, Inc.**<br><br>Civil Action No.<br>6:21-cv-06507 |

　　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Mosaic Health, Inc., certifies that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated:  July 31, 2021

　　　　　　　　　　　　　　　　　　　　　Harter Secrest & Emery LLP

　　　　　　　　　　　By:　　*/s/ Brian M. Feldman*
　　　　　　　　　　　　　　　Brian M. Feldman
　　　　　　　　　　　　　　　Rochester, New York 14604
　　　　　　　　　　　　　　　Telephone No. (585) 231-1201
　　　　　　　　　　　　　　　Facsimile No. (585) 232-2152
　　　　　　　　　　　　　　　bfeldman@hselaw.com