AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York

Mosaic Health, Inc., and Central Virginia Health Services, Inc., individually and on behalf of all those similarly situated
*Plaintiff*
v.
Sanofi-Aventis U.S., LLC, Eli Lilly and Company, Lilly USA, LLC, Novo Nordisk Inc., and AstraZeneca Pharmaceuticals LP
*Defendant*

Civil Action No. 6:21-CV-6507-EAW

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: the first amended complaint is dismissed and the case is closed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   Elizabeth A. Wolford   on a motion for   N/A

Date:   02/02/2024

*CLERK OF COURT*

s/Mary C. Loewenguth

*Signature of Clerk or Deputy Clerk*